JOHN EHRHARDT, Appellant, v. MICHAEL TRAVERS, Respondent.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.

ELBERT M. FORRIEST, Respondent, v. WILLIAM M. PUGH, Appellant. (Appeal No. 1) ELBERT M. FORRIEST, Respondent, v. WILLIAM T. PUGH, Appellant. (Appeal No. 2)

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.